E-FILED
Wednesday, 28 May, 2025  01:35:48 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## for the Central District of Illinois



Bradley A. Reimolds
_____Plaintiff,_____

v.

Phelps

_____Defendant(s)._____

)
)
)
)
)
)
)
)
)
)

MAY **2 8** 2025

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No. **25-CU- 4110**

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I.    JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

### II.    PARTIES

**Plaintiff:**

A.    Plaintiff, a citizen of _Illinois_ (state), who resides at _615 South 10th St. Monmouth, Illinois_, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.    Defendant _Keirsten Phelps (Son)_ is employed as a
(a) (Name of First Defendant)

_Unavailable_
(b) (Position/Title)

with _Unaviable_.
(c) (Employer's Name and Address)

*Check one of the following:*

☑This defendant **personally participated** in causing my injury, and I want **money damages.** Briefly describe how this defendant participated:

I have endured TORTURE Something Terrible, Many nights NO SLEEP, Feels Like Im being Shocked in my spine and Spasms Like I've Never Seen Before.

☑The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: I need Mr. Phelps Son ~~Lauren Daughter~~ Keirsten to STOP TORTURING Me Thru Satellite Terrorism. It' Been Going On For 4 Years, The Last 2 years Manipulating Genitals and Anus. ~~Depot~~

Torturing Disabled Citizens with Government Equipment is WRONG! Also. Nightly 7:30 PM to 7:30 AM

**Defendant #2:**

C. Defendant _Lauren Phelps (Daughter)_ is employed as a
(a) (Name of Second Defendant)

_____Unavailable_____
(b) (Position/Title)

with_____Unavailable_____.
(c) (Employer's Name and Address)

*Check one of the following:*

☑This defendant **personally participated** in causing my injury, and I want **money damages.** Briefly describe how this defendant participated: Mr. Phelps Daughter Lauren participates in Satellite Terrorism from 7:30 am to 7:30 pm Daily. Shes been there for 4 years doing it and the last 2 years Daily. This Is Where All The TORTURE Marks on my Legs in Enclosed Pictures Come from.
Torturing Disabled Citizens with Government Equipment is WRONG!

☑The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: I need Mr. Phelps ~~Son~~ Daughter to Stop TORTURING Me Thru Satellite Terrorism. It's Been Going On[2] For 4 Years, The Last 2 Years Daily ~~~~. Manipulating Genitals and Anus.
7:30 AM to 7:30 PM

**Defendant #3:**

D.    Defendant _____ Phelps _____ is employed as a

(a) (Name of Third Defendant)

_____

(b) (Position/Title)

with _____ United States Government _____.

(c) ) (Employer's Name and Address)

★ NOT sure of Agent Phelps first name but he is married to
My First Cousin Kimberly Phelps. Pretty Sure they live in the
LOS ALAMOS New mexico Area.

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated:

Mr. Phelps is responsible for his Kids, Keirsten & Lauren
getting on his machine and Using It to TORTURE
Me For The Last 4 Years, That last 2 years daily and
that's where all the marks on my legs in the
Enclosed Pictures are from. It's some Kind of a
CIA Program from what I have read. Torturing
Disabled Citizens with Government Equipment is WRONG!

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

I need Mr. Phelps to make sure his
Son and Daughter DO NOT get on his equiptment
and Torture Me with it. I've been Disabled
For 9 Years and his Son and Daughter, Lauren and
Keirsten ~~hhhhhhh~~ Torture my Disability, My Back
and Herniated Disk. I Take Morphine ER 2 x A Day
and it doesn't even touch this pain. There's
Not a pain medication made, that will stop this
Kind of pain. It's Torture! Every Day! I Wan't

**Additional Defendant(s) (if any):** Poisonings & Serious Larceny! Charges Filed !!

E.    Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

## III. PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in federal court? Yes ☐    ☑No

B.    If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

    1.    Parties to previous lawsuits:

        Plaintiff(s):

        Defendant(s):

    2.    Date of Filing:

    3.    Case Number:

    4.    Jurisdiction/Court:

    5.    Name of Judge:

    6.    Issues Raised:

    7.    Disposition of Case (for example:    Was the case dismissed?    Was it appealed?    Is it still pending?):

    8.    Date of Final Disposition:

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about _____ (month,day,year), at approximately _____
☐ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of)

_____, in the County of

_____, in the State of Illinois, at

_____,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☐     arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☑     searched plaintiff or his property without a warrant and without reasonable cause;

☐     used excessive force upon plaintiff;

☐     failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☐     failed to provide plaintiff with necessary medical care;

☑     conspired together to violate one or more of plaintiff's civil rights;

☐     other *(please explain)*: This All Started iN 2018 With Stealing my Brand New Riding Mower Keirsten and Another Man Stold A Half Bottle of Adderall From Me. Keirsten Was DRESSED AS A POLICE OFFICER. I WAS checking my Oil and his Friend took it out of the CAR AND HANDED IT To HIM. He told me to go to

2. Plaintiff was charged with one or more crimes, specifically: NO. I reported it to Capt. OReilly Galesburg PD. and P. Dept. he wrote it down. I wasn't 100% Sure if it was Keirsten But it was. Not Sure Who the Other guy was.

3. The criminal proceedings *(check the box that applies)*:

☐     are still pending.
☐     were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐     resulted in a finding of guilty on one or more of the charges.
☑     other: I went up to the Police Dept Like the Officer Said to and I Reported it. so Capt. O'Reilly had nothing to go on.

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.* Enclosed In Yellow Envelope Pictures Of TORTURE MARKS From All the Muscle Manipulation OVER THE YEARS.

Since 2018 there has been so much Larceny I really don't Know where to begin. Money stolen, TV 65" and surround Destroyed $1500 and Just Bought a week before. I didn't report it.

Keirsten and his friends Went to work on my ACURA TL SH AWD and ripped the ignition out and cut a hole in my right front tire the size of a Half Dollar, there was what appeared to look like yarn (White) Tightly Condensed and in time Caused A Blowout. The White went thru the hole and blew the tire out.

Medications since 2018 Stolen Regularly and I reported it to my Dr. Capsules Looked like an Accordian due to being taken apart and put back together. One had a Giant chunk of White Substance sticking out of it. My guess Strychnine because I was poisoned numerous times and only once went to the Dr. because from what she told me I started to go into Cardiac Arrest. She Said whatever it was had got into my blood Stream. I was given several scripts of antibiotics and a shot in the rear and had to go in 2 days in a row afterwards for a shot each day. To sum it all up More Larceny than you could shake a Stick at poisonings AND TORTURING my Disability, my Back.

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:

Poisoned several times and Tortured on a daily basis and going on as I'm writing this. They tighten my back SO TIGHT I Cannot Do Anything EVERY DAY. Mainly For the last 2 years. Used to have Nightmares of GUNS ON ME like I Experienced.

7. Plaintiff asks that this case be tried by a jury.  ☐ Yes     ☐ No

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ ~~250,000⁰⁰~~ *$250,000⁰⁰* to compensate for *(check all that apply)*:

   - ☑ bodily harm
   - ☑ emotional harm
   - ☑ pain and suffering
   - ☐ loss of income
   - ☑ loss of enjoyment of life
   - ☑ property damage

2. Punitive Damages:    ☑ Yes    ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: May 25, 2025

Signature of Plaintiff: *Bradley A. Reimolds*

Plaintiff's Name *(print clearly or type)*: Bradley A. Reimolds

Mailing Address: 615 South 10th Street

City: Monmouth          State: Illinois    Zip: 61462

Plaintiff's Telephone Number: ( 309 ) 221-1381

7